UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MICHAEL FILAK and CAROLYN FILAK, Individually and on Behalf of All Others Similarly Situated, | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:26-cv-02573-X |
| AVANTAX ADVISORY SERVICES, INC., AVANTAX INVESTMENT SERVICES, INC., and NATIONAL FINANCIAL SERVICES LLC, | § | |
| | § | |
| | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Robbins Geller Rudman & Dowd LLP, with offices at

225 NE Mizner Boulevard, Suite 720
(Street Address)

Boca Raton (City) Florida (State) 33432 (Zip Code)

561/750-3000 (Telephone No.) 561/750-3364 (Fax No.)

**II.** Applicant will sign all filings with the name Alex Kaplan.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

MICHAEL FILAK and CAROLYN FILAK

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

For Court Use Only.
Bar Status Verified:
__________

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of Florida, where Applicant regularly practices law.

Bar license number: 1030761 Admission date: 09/20/2021

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| The Florida Bar | 09/20/2021 | Active |
| USDC - Middle District of Florida | 04/06/2022 | Active |
| USDC - Southern District of Florida | 04/25/2022 | Active |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

SHAMIS & GENTILE, P.A., who has offices at

2626 Cole Avenue, Suite 300
(Street Address)

Dallas (City) Texas (State) 75204 (Zip Code)

(305) 476-2299 (Telephone No.)
(Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 7th day of August, 2026.

Alex Kaplan
Printed Name of Applicant

*s/ Alex Kaplan*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.